**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER J. BELLON,           )<br>                                              )<br>             Plaintiff,         )<br>                                              )<br>vs.                                          )<br>                                              )<br>BANK OF AMERICA CORPORATION, *et al.*,   )<br>                                              )<br>             Defendants.    )<br>_____) | Case No.  2:11-cv-02066-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Petition for Removal (#1) in this matter was filed December 21, 2011.  Defendants Bank of America Corporation, Bank of America, N.A. and ReconTrust Company, N.A. filed a Motion to Dismiss (#4) on December 28, 2011.  Defendant BBB Building, LLC filed its Answer (#6) on January 7, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 19, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 9th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge